FAHNING, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 6, 1911.) Action by William Fahning, as administrator, etc., against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event. Held, that the law of the case, as charged by the court, being in effect that the only duty resting upon the defendant was not to wantonly, wickedly, or recklessly injure plaintiff's intestate, the proof did not warrant the jury's finding that the defendant violated that duty.

KRUSE, J., dissents, upon the ground that, even under the rule stated (which he thinks is too narrow), the case was properly submitted to the jury. The judge charged the rule of liability as requested by defendant's counsel, and he at the same time conceded that the inference might be drawn from plaintiff's testimony that the engineer saw the deceased.

FAJEN, Respondent, v. NOBEL et al., Appellants. (Supreme Court, Appellate Division, First Department. December 22, 1911.) Action by Henrietta A. Fajen against Wilhelmina Nobel and others. J. E. Donnelly, for appellants. N. D. Stern, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

FAREN, Appellant, v. SCHABLOWSKY, Respondent. (Supreme Court, Appellate Division, Second Department. November 28, 1911.) Action by Patrick Faren against Andrew Schablowsky. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, on the ground that, if the defendant be liable, the verdict of the jury was inadequate.

In re FARLEY, State Excise Com'r. (Supreme Court, Appellate Division, Third Department. January 5, 1912.) In the matter of the application of William W. Farley, as State Commissioner of Excise, for a peremptory writ of mandamus addressed to John E. Kraft and others, Commissioners, constituting the Civil Service Commission of the State of New York. No opinion. Motion granted. See, also, 131 N. Y. Supp. 1114.

In re FARLEY, State Excise Com'r. (Supreme Court, Appellate Division, Fourth Department. January 10, 1912.) In the matter of the petition of William W. Farley, as State Commissioner of Excise, for an order revoking and canceling liquor tax certificate No. 21,675, issued to Fanny Volkman, appellant. No opinion. Motion to dismiss appeal granted, with costs, including $10 costs of this motion.

FEIGIN, Appellant, v. KUES et al., Respondents. (Supreme Court, Appellate Division,

First Department. December 15, 1911.) Action by Meyer Feigin against Herman Kues and another. O. Oranson, for appellant. J. P. Donellan, for respondents.

PER CURIAM. Judgment affirmed, with costs. Order filed.

LAUGHLIN and CLARKE, JJ., dissent.

FILIATREAULT, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 29, 1911.) Action by Albert Filiatreault, an infant, etc., against the Erie Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event. Held, that the verdict is contrary to and against the weight of the evidence.

FINE, Respondent, v. WOLFF et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 24, 1911.) Action by Morris Fine against Solomon Wolff and another. No opinion. Motion denied, with $10 costs.

FINE, Respondent, v. WOLFF et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 8, 1911.) Action by Morris Fine against Solomon Wolff and another. No opinion. Order affirmed, with $10 costs and disbursements.

FINE, Respondent, v. WOLFF et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 12, 1912.) Action by Morris Fine against Solomon Wolff and another. No opinion. Motion to dismiss appeal granted, with costs. See, also, supra.

FINLEY, Respondent, v. FYANS, Appellant. (Supreme Court, Appellate Division, First Department. December 29, 1911.) Action by Ferdinand Finley against Cornelius J. Fyans. W. B. Davis, for appellant. G. S. Wittson, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

FIRST NAT. BANK, Respondent, v. CRAWFORD, Appellant. (Supreme Court, Appellate Division, Third Department. December 28, 1911.) Action by the First National Bank against Frank Crawford. No opinion. Judgment and order unanimously affirmed, with costs.

FITZGERALD, Respondent, v. O'ROURKE ENGINEERING CO., Appellant. (Supreme Court, Appellate Division, First Department. December 22, 1911.) Action by Patrick Fitzgerald against the O'Rourke Engineering Com-